NO. SCWC-10-0000107

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

EDWARD KAEKOA MANOA, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-10-0000107; CR. NO. 10-1-0114(1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Toʻotoʻo, assigned by reason of vacancy)

        Petitioner/Defendant-Appellant Edward Kaekoa Manoa's

application for writ of certiorari filed on June 27, 2012, is

hereby rejected.

        DATED:  Honolulu, Hawaiʻi, August 1, 2012.

Joseph Rome for
petitioner                          /s/ Mark E. Recktenwald

Richard K. Minatoya for             /s/ Paula A. Nakayama
respondent
                                    /s/ Simeon R. Acoba, Jr.

                                    /s/ Sabrina S. McKenna

                                    /s/ Faʻauuga Toʻotoʻo

